# Exhibit 6

Animal Welfare Section
NC Department of Agriculture and Consumer Services
1030 Mail Service Center
Raleigh, NC 27699-1030

Phone: (919) 707-3280   Fax: (919) 733-6431
Email: agr.aws@ncagr.gov
Website: www.ncaws.com

# Facility Compliance Inspection - Boarding Kennel

## Contingently/Conditionally Approved - 06/24/2020

| | |
|---|---|
| Facility Name: PAWS 4 FUN/RUFF HOUSING-GREENSBORO | License Number: 11101 |
| Owner: KIM VAUGHN | |
| Address: 15 BATTLEGROUND COURT | |
| City: GREENSBORO | Zip Code: 27408 |
| County: GUILFORD | |
| Phone: | Email: kim@ruffhousing.com |
| Latitude: | Longitude: |
| Total Enclosures: 140 | |
| Dogs on Premise: 76 | Cats on Premise: |
| Licensed Capacity (Dogs): 300 | Licensed Capacity (Cats): |
| Type of Inspection: Annual Inspection | Date of Inspection: 06/24/2020 |

**02 NCAC 52J .0102 RECORDS**

1. Name and address of owner, date of entry, signature and date for release. [02 NCAC 52J .0102(1)] - Needs Improvement
2. Description [02 NCAC 52J .0102(2)] - In Compliance
3. Record of veterinary care. [02 NCAC 52J .0102(3)] - In Compliance

[02 NCAC 52J .0102(1)] - During the COVID 19 pandemic staff has been signing animals in and out of the facility as they arrive and depart. During today's inspection it was noted that due to decrease staffing employees have struggled to remember to sign animals in and/or out when a large number of animals are arriving/departing at one time. I observed one animal (a boxer) not signed in due to 7 animals coming into the facility in a short time period. The employee was doing everything should could to answer the phone, sign animals in and out, and accept payment for services rendered. I encourage the facility to develop a system for the consistent signing in and out of animals during this pandemic and after this pandemic is over.

**02 NCAC 52J .0103 INSPECTION OF RECORDS**

1. Records available upon request. [02 NCAC 52J .0103] - In Compliance
2. Animals matched to record. [02 NCAC 52J .0103] - In Compliance
3. Records retained for 1 year; [02 NCAC 52J .0103]; see section for Â§19A-32.1(j) for records to be retained for 3 years - In Compliance

**02 NCAC 52J .0201 GENERAL**

1. Housing facilities structurally sound and maintained in good repair. [02 NCAC 52J .0201(a)] - In Compliance
2. Housing facilities contain the animals and restrict entry of other animals and people. [02 NCAC 52J .0201(a)] - In Compliance
3. Light fixtures and electrical outlets in animal areas in compliance with the State Building Code. [02 NCAC 52J .0201(b)] - In Compliance
4. Electric power reliable and safe. [02 NCAC 52J .0201(c)] - In Compliance
5. Supplies of food and bedding stored and adequately protected against infestation or contamination by vermin and insects. [02 NCAC 52J .0201(d)] - In Compliance
6. Open bags of food stored in airtight containers with lids. [02 NCAC 52J .0201(d)] - In Compliance
7. Refrigeration for perishable food. [02 NCAC 52J .0201(d)] - In Compliance
8. Daily removal and disposal of animal and food waste, bedding and debris; facility maintained in a clean and sanitary manner. [02 NCAC 52J .0201(e)] - In Compliance
9. Hot and cold running, potable water available. [02 NCAC 52J .0201(f)] - In Compliance
10. Washroom, basin or sink provided to maintain cleanliness among animal caretakers, animals, and animal food and water receptacles. [02 NCAC 52J .0201(f)] - In Compliance

11. Ability to confirm ambient temperature. [02 NCAC 52J .0201(g)] - In Compliance
12. A separate five-foot perimeter fence if any animals have access to an outdoor enclosure, including unsupervised exercise areas. [02 NCAC 52J .0101(h)] - In Compliance
13. Adequate drainage system. [02 NCAC 52J .0201(i)] - In Compliance
14. All areas of a facility available for review or inspection during normal business hours. [02 NCAC 52J .0201(j)] - In Compliance
15. All animals in a facility subject to the requirements of the Animal Welfare Act, regardless of ownership. [02 NCAC 52J .0201(k)] - In Compliance
16. Compliance with all federal, state and local laws, rules and ordinances relating to or affecting the welfare of dogs and cats in its facility. [02 NCAC 52J .0201(l)] - In Compliance
17. No dog or cat present in a window display except during business hours and in compliance with standards set forth in this Section. [02 NCAC 52J .0201(m)] - In Compliance

## 02 NCAC 52J .0202 INDOOR FACILITIES

1. Indoor housing facilities adequately heated and cooled. [02 NCAC 52J .0202(a)] - In Compliance
2. Ambient temperature between 50°F and 85°F. [02 NCAC 52J .0202(a)] - In Compliance
3. Indoor housing facilities adequately ventilated. [02 NCAC 52J .0202(b)] - In Compliance
4. Fresh air and ventilation provided and drafts minimized. [02 NCAC 52J .0202(b)] - In Compliance
5. Air flow adequate to minimize odors and moisture condensation. [02 NCAC 52J .0202(b)] - In Compliance
6. Indoor housing facilities adequately illuminated. [02 NCAC 52J .0202(c)] - In Compliance
7. Illumination provides regular diurnal lighting cycles and be uniformly diffused [02 NCAC 52J .0202(c)] - In Compliance
8. Interior building surfaces are impervious to moisture and can be readily sanitized. [02 NCAC 52J .0202(d)] - In Compliance
9. Drainage rapidly eliminates excess water. [02 NCAC 52J .0202(e)] - In Compliance
10. Closed drain systems equipped with traps and installed to prevent odors and backup of sewage. [02 NCAC 52J .0202(e)] - Not Applicable
11. The drainage system constructed to prevent cross-contamination among animals. [02 NCAC 52J .0202(e)] - In Compliance

## 02 NCAC 52J .0203 OUTDOOR FACILITIES

1. Primary enclosures and walkways constructed of sealed concrete or other surfaces impervious to moisture. [02 NCAC 52J .0203(a)] - **Not In Compliance**
2. Gravel maintained at a minimum depth of six inches and kept sanitary. [02 NCAC 52J .0203(a)] - Not Applicable
3. Outdoor housing provided allows animals to remain dry and comfortable during inclement weather. [02 NCAC 52J .0203(b)] - In Compliance
4. Housing is impervious to moisture and can be disinfected. [02 NCAC 52J .0203(b)] - In Compliance
5. One house available for each animal within each enclosure unless the animals are a mother and her unweaned offspring. [02 NCAC 52J .0203(b)] - Not Applicable
6. In addition to the housing, the enclosure provides protection from excessive sun and inclement weather. [02 NCAC 52J .0203(c)] - In Compliance
7. Owners advised if housed outside. [02 NCAC 52J .203(d)] - In Compliance
8. Suitable method of drainage provided. [02 NCAC 52J .0203(e)] - In Compliance

**[02 NCAC 52J .0203(a)] - The concrete walkways in the outdoor day care yards no longer appears impervious to moisture. Cracks have also developed in the concrete in many of the yards. Repair and reseal concrete in this area. [02 NCAC 52J .0203(a)] - The block wall in the large dog play yard has chipping paint exposing the block underneath. Repaint/reseal this block wall.**

## 02 NCAC 52J .0204 PRIMARY ENCLOSURES

1. Primary enclosures constructed prevent contamination from waste and wastewater from animals in other enclosures. [02 NCAC 52J .0204(a)] - In Compliance
2. All surfaces with which an animal comes in contact impervious to moisture. [02 NCAC 52J .0204(a)] - **Not In Compliance**
3. For primary enclosures placed into service on or after January 1, 2005, no wood within the animal's reach. [02 NCAC 52J .0204(a)] - In Compliance
4. For primary enclosures in use in a registered facility prior to January 1, 2005, any damaged wood replaced so that so that there's no contact with wood by the animal. [02 NCAC 52J .0204(a)] - In Compliance
5. Primary enclosures structurally sound, maintained in good repair and in a manner to prevent injury to animals, and keep other animals out. [02 NCAC 52J .0204(b)] - **Not In Compliance**
6. Primary enclosures provide space to allow animal to walk, turn about freely, and to easily stand, sit, or lie in a natural position. [02 NCAC 52J .0204(b)] - In Compliance
7. The height of primary enclosures other than cage no less than five feet. [02 NCAC 52J .0204(b)] - In Compliance
8. All enclosures constructed as to prevent the escape of animals. [02 NCAC 52J .0204(b)] - In Compliance
9. Each primary enclosure provided with a solid resting surface or surfaces adequate to comfortably hold all occupants of the primary enclosure at the same time. [02 NCAC 52J .0204(c)] - In Compliance
10. All resting surfaces made of a non-porous or easily sanitized material, such as a towel, or a disposable material such as newspaper. [02 NCAC 52J .0204(c)] - In Compliance

11. The resting surface or surfaces be elevated in primary enclosures housing two or more cats. [02 NCAC 52J .0204(c)] - In Compliance
12. In addition to Paragraph (b) of 02 NCAC 52J .0204, each dog shall be provided with the minimum square footage required by 02 NCAC .0204(d). [02 NCAC 52J .0204(d)] - In Compliance
13. Not more than four adult dogs housed in the same primary enclosure without supervision. [02 NCAC 52J .0204(d)] - In Compliance
14. If more than four dogs are housed in a common area or enclosure, then at least one person supervising each 10 dogs housed within each enclosure or common area. [02 NCAC 52J .0204(e)] - In Compliance
15. In addition to Paragraph (b) of 02 NCAC 52J .0204, each feline older than six months housed in any primary enclosure provided with a minimum of 4sq ft. of floor space which may include elevated resting surfaces. [02 NCAC 52J .0204(f)] - Not Applicable
16. Each feline younger than 6 months provided 1.5 sq. ft. [02 NCAC 52J .0204(f)] - Not Applicable
17. No more than 12 cats housed in the same primary enclosure. [02 NCAC 52J .0204(f)] - Not Applicable
18. In all cat enclosures, receptacle with clean litter provided for waste. [02 NCAC 52J .0204(g)] - Not Applicable
19. A minimum of one receptacle per three cats shall be provided. [02 NCAC 52J .0204(f)] - Not Applicable

[02 NCAC 52J .0204(a)] - Many of the crates throughout the building have rusted areas that are no longer impervious to moisture. The crates should be recoated or replaced to insure they are impervious to moisture. Rust in noted on the all of the gates in the day care rooms with the exception of one room on the small dog side that has recently been recoated. The gates should be recoated to insure they are impervious to moisture. Penthouse 4 on the large dog side has areas of the wall that are damaged. Repair the wall to insure it is impervious to moisture. The wall is damaged and no longer impervious to moisture in the medium dog indoor day care room. Repair the wall here. Tile is missing at the side door of the enrichment room on the large dog side. Replace the tile here. Caulking is missing or is coming off in more than half of the primary enclosures on the large dog side. Replace the caulking to insure the enclosures are impervious to moisture. Penthouse 12 on the small dog side has exposed pressboard and cracks. This room should not be used until it is brought into compliance. Penthouse 14 on the small dog side has a damaged wall and damaged FRP and should not be used until it is brought into compliance. Evidence at the time of inspection suggests that these two rooms (Penthouse 12 and 14) have been in use. [02 NCAC 52J .0204(b)] - Penthouse 1 on the large dog side has a damaged door knob that poses a risk for injury on the inside of the enclosure door. Repair/replace this door knob.

## 02 NCAC 52J .0205 FEEDING

Dogs and cats fed at least once each 24-hour period except as otherwise might be required to provide adequate veterinary care. [02 NCAC 52J .0205(a)]

1. Food is commercially prepared food complying with laws applicable to animal feed or the food provided by the owner. [02 NCAC 52J .0205(a)] - In Compliance
2. The food is free from contamination, wholesome, palatable, and of adequate quality and quantity appropriate for the given size, age, and condition of an animal meeting the daily requirements for nutritional value. [02 NCAC 52J .0205(a)] - In Compliance
3. Puppies and kittens less than six months of age fed at least twice in each 24-hour period. An eight-hour interval between feedings if only two feedings are offered in a 24-hour period. [02 NCAC 52J .0205(a)] - In Compliance
4. Food receptacles accessible to all dogs or cats. [02 NCAC 52J .0205(b)] - In Compliance
5. Food receptacles located to minimize contamination by waste. [02 NCAC 52J .0205(b)] - In Compliance
6. For every adult animal, at least one food receptacle offered. [02 NCAC 52J .0205(b)] - In Compliance
7. Food receptacles durable, clean and sanitized. [02 NCAC 52J .0205(b)] - In Compliance
8. Damaged receptacles replaced. [02 NCAC 52J .0205(b)] - In Compliance
9. Disposable food receptacles discarded after each feeding. [02 NCAC 52J .0205(b)] - In Compliance
10. Food and water receptacles in outdoor facilities protected from the elements. [02 NCAC 52J .0205(c)] - In Compliance

## 02 NCAC 52J .0206 WATERING

1. Continuous access to fresh water, except as might otherwise be required to provide adequate veterinary care. [02 NCAC 52J .0206] - In Compliance
2. Watering receptacles durable, clean and sanitized. [02 NCAC 52J .0206] - In Compliance
3. Damaged receptacles replaced. [02 NCAC 52J .0206] - In Compliance

## 02 NCAC 52J .0207 SANITATION

1. Waste removed from primary enclosures and exercise areas to prevent contamination of the dogs or cats and to reduce disease hazards and odors. [02 NCAC 52J .0207(a)] - In Compliance
2. Enclosures and exercise areas for dogs and cats properly cleaned a minimum of two times per day. [02 NCAC 52J .0207(a)] - **Not In Compliance**
3. The animal must be able to walk or lie down without coming in contact with any waste or debris. [02 NCAC 52J .0207(a)] - In Compliance
4. When a hosing or flushing method is used for cleaning an enclosure, animals are removed during the cleaning process, and measures taken to protect the animals in other such enclosures from being contaminated with water and other wastes. [02 NCAC 52J .0207(a)] - In Compliance
5. Prior to the introduction of dogs or cats into empty primary enclosures previously occupied, enclosures and accessories sanitized in the manner provided in 02 NCAC 52J .0207(b)(3). [02 NCAC 52J .0207(b)(1)] - Needs Improvement

6. In addition to primary enclosures being properly cleaned a minimum of two times per day, if the same animal is housed in the same enclosure more than seven days, enclosures and accessories sanitized at least once every seven days in the manner provided in 02 NCAC 52J .0207(b)(3). [02 NCAC 52J .0207(b)(1)] - In Compliance
7. Cages, rooms and hard-surfaced pens or runs be sanitized by:
    - washing them with hot water (180 degrees F.) and soap or detergent as in a mechanical cage washer; or - Not Applicable
    - washing all soiled surfaces with a detergent solution to remove all organic matter followed by application of a safe and effective disinfectant; or - In Compliance
    - cleaning all soiled surfaces with live steam. [02 NCAC 52J .0207(3)(A-C)]- Not Applicable
8. Food and water receptacles sanitized daily with hot water, detergent, and disinfectant. [02 NCAC 52J .0207(b)(4)] - In Compliance
9. Soiled linens and cloth products mechanically washed with detergent and sanitized. [02 NCAC 52J .0207(b)(5)] - In Compliance
10. Any area accessible to multiple animals kept clean and sanitary. [02 NCAC 52J .0207(b)(6)] - **Not In Compliance**
11. Premises (buildings and grounds) kept clean and in good repair to protect the animals from injury and to facilitate the prescribed husbandry practices set forth in this Rule. [02 NCAC 52J .0207(c)] - Needs Improvement
12. Premises are free of accumulations of trash, junk, waste products, and discarded matter. [02 NCAC 52J .0207(c)] - In Compliance
13. Weeds, grasses, and bushes controlled. [02 NCAC 52J .0207(c)] - In Compliance
14. Effective program for the control of insects, ectoparasites, and avian and mammalian pests [02 NCAC 52J .0207(d)] - In Compliance

[02 NCAC 52J .0207(a)] - During the inspection today I noted that almost all enclosures on the large dog side are soiled. Most of the dogs were currently playing in the dog day care yard. Upon inspection of records staff advised that one dog, Winter Pratt, left on 6/22/2020 and the enclosure has not yet been cleaned. I asked how many other enclosures had not been cleaned and staff was unable to answer the question. Staff advised that they came in yesterday to find approximately 30 kennels that had not been cleaned from the previous day. 9 employees are here today, 5 of which are in day care yards with multiple animals, 1 bather, 1 groomer, 1 person in enrichment, and 1 person at the front desk. Staff reported that generally the enclosures are only cleaned once a day, at the end of the day and are only mopped clean. It is 10:25 am and it does not appear that any enclosures have been cleaned today. Enclosures must be properly cleaned a minimum of twice daily. [02 NCAC 52J .0207(c)] - The floors throughout the facility are heavily soiled and do not appear to have been adequately cleaned. Staff available at the time of inspection indicated that during the COVID 19 pandemic there has not been anyone working in lodging and therefore the cleaning has fallen behind. Staff stated that before the pandemic the facility was routinely deep cleaned but since the pandemic began she is not aware of any deep cleaning which includes pressure washing and cleaning the walkways and floors throughout the building. I strongly suggest pressure washing the floors and walls throughout the facility prior to repairing and resealing the floors and walls. Additionally, hair and debris is noted building up along the railing and gates at the entry to the indoor play yards. The hair and debris should be consistently cleaned and removed. This inadequacy remains from the previous inspection dated 02/25/2019. [02 NCAC 52J .0207(b)(6)] - A significant amount of hair is building up in the turf in the outdoor play yards throughout the facility. The turf is unable to be properly cleaned or sanitized with the build up of hair and debris. The hair should be removed and this area should be kept clean and sanitary. This inadequacy remains from the previous inspections dated 07/06/2020 and 02/25/2019. [02 NCAC 52J .0207(b) (6)] - Most of the plastic/composite ramps are damaged from chewing and are unable to be properly cleaned. The damaged ramps should be repaired/replaced throughout the facility. [02 NCAC 52J .0207(b)(1)] - As there were no clean enclosures on the large dog side ready to house boarders it is unlikely that the facility is consistently compliant with 02 NCAC 52J .0207 (b)(1). [NCAC 52J .0207 (b)(1))] - The facility has developed a system for contactless drop off and pick up of animal during the COVID 19 pandemic however, the crates used to hold the animals between the two sets of double doors is not being sanitized between animals during today's inspection. This enclosure must be sanitized between the drop off and/or pick up of each dog.

## 02 NCAC 52J .0208 EMPLOYEES

1. Sufficient number of employees. [02 NCAC 52J .0208] - In Compliance
2. Supervision of an animal caretaker who has a background in animal husbandry or care. [02 NCAC 52J .0208] - In Compliance

## 02 NCAC 52J .0209 CLASSIFICATION AND SEPARATION

1. Animals in the same primary enclosure maintained in compatible groups. [02 NCAC 52J .0209] - In Compliance
2. Females in season (estrus) not be housed in the same primary enclosure with males except for planned breeding. [02 NCAC 52J .0209(1)] - In Compliance
3. Written permission for comingling. [02 NCAC 52J .0207(2)] - In Compliance
4. Aggressive animals housed individually in a primary enclosure. [02 NCAC 52J .0207(2)] - In Compliance
5. Puppies or kittens less than four months of age housed in the same primary enclosure with adults without written permission. [02 NCAC 52J .0209(3)] - In Compliance
6. Puppies or kittens between 4 and 16 weeks of age have daily access to human social interaction. [02 NCAC 52J .0209(3)] - In Compliance
7. Dogs not housed in the same primary enclosure with cats; dogs or cats not housed in the same primary enclosure with any other species of animals without written permission. [02 NCAC 52J .0209(4)] - In Compliance
8. Designated isolation area for animals being treated or observed for communicable diseases. [02 NCAC 52J .0209(5)] - In Compliance
9. Dogs or cats in isolation that are being treated for a communicable disease separated as to minimize dissemination of disease. [02 NCAC 52J .0209(5)] - In Compliance
10. A sign posted at the cage or isolation area when in use. [02 NCAC 52J .0209(5)] - In Compliance
11. All animals confined in primary enclosures or exercise areas. [02 NCAC 52J .0209(7)] - In Compliance

## 02 NCAC 52J .0210 VETERINARY CARE

1. Written program of veterinary care. [02 NCAC 52J .0210(a)] - In Compliance
2. Veterinarian's written recommendations for correcting disease problem that persists for more than 30 days obtained and followed [02 NCAC 52J .0210(b)] - In Compliance
3. Daily observation of animals. [02 NCAC 52J .0210(c)] - In Compliance
4. Sick or diseased, injured, lame, or blind dogs or cats provided with veterinary care [02 NCAC 52J .0210(c)] - In Compliance
5. Diseased or deformed animals sold or adopted only under the policy set forth in the "Program of Veterinary Care." [02 NCAC 52J .0210(c)] - In Compliance
6. All animals in a licensed or registered facility in compliance with the North Carolina rabies law, G.S. 130A, Article 6, Part 6. [02 NCAC 52J .0210(d)] - In Compliance

## 02 NCAC 52J .0301 VEHICLES

1. Vehicles mechanically sound. [02 NCAC 52J .0301(a)] - Not Applicable
2. Vehicles equipped to provide fresh air to animals without harmful drafts. [02 NCAC 52J .0301(a)] - Not Applicable
3. The animal cargo space constructed and maintained to prevent engine exhaust fumes from getting to the animals. [02 NCAC 52J .0301(b)] - Not Applicable
4. The interior of the animal cargo space kept clean and sanitized. [02 NCAC 52J .0301(c)] - Not Applicable

## 02 NCAC 52J .00302 PRIMARY ENCLOSURES USED IN TRANSPORTING DOGS AND CATS

1. Primary enclosures constructed, ventilated and designed to protect the health and insure the safety of the animals. [02 NCAC 52J .0302(a)] - Not Applicable
2. Such enclosures constructed or positioned so that:
    - Each animal in the vehicle has sufficient fresh air for normal breathing. [02 NCAC 52J .0302(a)(1)] - Not Applicable
    - The openings of enclosures are easily accessible for emergency removals. [02 NCAC 52J .0302(a)(2)] - Not Applicable
    - The animals are adequately protected from the elements. [02 NCAC 52J .0302(a)(3)] - Not Applicable
3. The ambient temperature maintained between 50°F and 85°F. [02 NCAC 52J .0302(a)] - Not Applicable
4. The animal containment units are equipped with operable air-conditioning, forced-air cooling and heating or other temperature control mechanisms. [02 NCAC 52J .0302(a)] - Not Applicable
5. Animals in the same primary enclosure are of the same species. [02 NCAC 52J .0302(b)] - Not Applicable
6. Puppies or kittens less than 4 months of age not be transported in the same primary enclosures with adults other than their dams. [02 NCAC 52J .0302(b)] - Not Applicable
7. Primary enclosures for transport large enough for each animal to turn about freely, and to easily stand, sit or lie down in a natural position. [02 NCAC 52J .0302(c)] - Not Applicable
8. Primary enclosures for transport secured to the vehicle to prevent sliding or tipping of the enclosure during transit. [02 NCAC 52J .0302(c)] - Not Applicable
9. Animals not be placed in primary enclosure over other animals in transit unless such enclosures is constructed so as to prevent animal excreta from entering lower enclosures. [02 NCAC 52J .0302(d)] - Not Applicable
10. All primary enclosures for transport sanitized between use for shipments. [02 NCAC 52J .0302(e)] - Not Applicable

## 02 NCAC 52J .0303 FOOD AND WATER REQUIREMENTS

1. If animals are transported for more than 12 hours:
    - The vehicles stop at least once every 12 hours for a period of 1 hour. During the 1-hour stop, potable water continuously provided for dogs and cats. [02 NCAC 52J .0303(1)] - Not Applicable
    - Adult dogs and cats fed at least once during each 24-hour period. [02 NCAC 52J .0303(2)] - Not Applicable
    - Puppies and kittens less than 6 months of age fed every 6 hours. [02 NCAC 52J .0303(2)] - Not Applicable
    - Dogs removed from the vehicle, given fresh water and given the opportunity for exercise if they have been confined in the vehicle for 36 hours. [02 NCAC 52J .0303(3)] - Not Applicable

## 02 NCAC 52J .0304 CARE IN TRANSIT

1. The attendant or driver inspects animals frequently enough to assure health and comfort and to determine if they need emergency care and to obtain it if needed. [02 NCAC 52J .0304] - Not Applicable

**General Comments:**

**I completed an annual inspection of this facility. Overall sanitation and maintenance issues are the biggest concerns at this time. Most of the sanitation and maintenance concerns are consistent with the concerns noted on the previous inspections dated 02/25/2019 and 07/06/2020. A follow up inspection will occur at some point after 30 days.**

**Inspection Result:**

Contingently/Conditionally Approved

| Inspector's Signature | Date |
|---|---|
| *Harris* (signature)<br><br>Lindsey Harris | 06/24/2020 |
| **Facility Representative's Signature** | **Date** |
| Accompanied by Lauren O'Fallon | 06/24/2020 |